# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1186
_____

LAURI BURRIS, DOUG ROWE,
MELISSA BURRIS, RONALD E.
BROWN, JR., GREGORY F. BURRIS,
and JACOB CHAPMAN,

    Appellants,

    v.

STATE OF FLORIDA, and STATE OF
FLORIDA, DEPARTMENT OF LAW
ENFORCEMENT,

    Appellees.

_____

Petition for Writ of Mandamus–Original Jurisdiction.

August 16, 2019

PER CURIAM.

    DENIED.

B.L. THOMAS, MAKAR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Mitchell A. Stone, Jacksonville; H. Franklin Robbins, Jr., Orlando; and Steven G. Mason, Altamonte Springs, for Appellants.

Ashley Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellees.